QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Phone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff,
Intuit Inc.

LATHAM & WATKINS, LLP
  Charles S. Crompton III (Bar No. 138825)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Phone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Defendant,
H&R Block Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTUIT INC., a Delaware Corporation,<br><br>                  Plaintiff,<br><br>        v.<br><br>H&R BLOCK INC., a Missouri Corporation,<br><br>                  Defendant. | CASE NO. CV 06-00216 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE** |

STIPULATION AND [PROPOSED] ORDER
Case No. CV 06-00216

1  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, IT IS HEREBY
2  STIPULATED AND AGREED by and between Plaintiff Intuit Inc. ("Intuit") and Defendant
3  H&R Block Inc. ("H&R Block"), through their respective counsel of record, as follows:
4      1.  All claims in Intuit's Complaint against H&R Block are hereby dismissed
5  without prejudice, but Intuit shall not initiate another declaratory judgment action against H&R
6  Block in California based upon the same facts asserted in this action.
7      2.  Nothing herein shall affect any party's ability to proceed with any claim or
8  defense in case no. 06-0039-CV-W-SOW, *H&R Block Eastern Enterprises, Inc. et al v. Intuit*
9  *Inc.*, currently pending in the United States District Court for the Western District of Missouri.
10     3.  Each party shall bear its own costs and attorneys' fees in connection with
11 the prosecution and defense of this Northern District of California action, Case No. CV 06-
12 00216.
13 DATED: March 3/, 2006

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By /s/ Claude M. Stern
Claude M. Stern
Attorneys for Plaintiff,
Intuit Inc.

LATHAM & WATKINS, LLP

By /s/ Charles Crompton
Charles S. Crompton III
Attorneys for Defendant,
H&R Block, Inc.

PURSUANT TO STIPULATION, IT SO ORDERED:

IT IS SO ORDERED
Judge Charles R. Breyer

April 3, 2006